THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **QUANTUM TECHNOLOGY INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AT&T INC.,**<br>Defendant. | CASE NO. 2:24-cv-00588-JRG-RSP |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Quantum Technology Innovations, LLC hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant AT&T Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  July 25, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Thursday, July 25, 2024.

*/s/ Randall Garteiser*
Randall Garteiser